IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE PROPERTY MANAGEMENT CONNECTION, LLC, ET AL., | : <br> : <br> :     CIVIL ACTION NO.: 3:21-cv-00359 |
| Plaintiffs, | |
| v. | |
| ACTING DIRECTOR UEJIO, CONSUMER FINANCIAL PROTECTION BUREAU, ET AL. | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, this Court, having been apprised Plaintiffs Motion for Temporary Restraining Order and the accompanying memorandum of law GRANTS the motion and ORDERS that Defendants Acting Director Dave Uejio, Consumer Financial Protection Bureau, and the United States of America are prohibited from implementing their interim final rule, *Debt Collection Practices in Connection With the Global COVID-19 Pandemic (Regulation F)*, 86 Fed. Reg. 21163 (April 22, 2021) until further action by this Court.

May 3, 2021

                                                                                                           U.S.D.J.