IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE PROPERTY MANAGEMENT CONNECTION, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 3:21-cv-00359 ) JUDGE RICHARDSON |
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | ) MAGISTRATE JUDGE NEWBERN ) ) |
| Defendants. | ) ) |

## UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

The Defendants, pursuant to Rule 6 (b)(1)(A) of the Federal Rules of Civil Procedure, move this Court for an extension of time to respond to the Complaint filed in this Matter. As grounds, the Government Respondents respectfully submit, as follows:

1. The Complaint was filed on May 4, 2021. (D.E. 1: Complaint.)

2. Simultaneous with the filing of the Complaint, the Plaintiffs sought a temporary restraining order (D.E. 6: Motion for TRO), which the Court denied on May 14, 2021. (D.E. 24: Order.)

3. As the Court is aware this case concerns the Consumer Financial Protection Bureau's Interim Final Rule, which requires certain debt collectors to disclose that tenants may be protected by an Order of the Centers for Disease Control (CDC). The CDC's Order is set to expire on June 30, 2021. Whether the Order expires or is renewed by the CDC directly impacts this case, including the response of the Defendants to the Complaint.

4. Responses to the Complaint are currently due to be filed on or before July 6, 2021, less than a week following the scheduled expiration or renewal of the Order. It is respectfully

submitted that more time is needed for the Defendants to review the outcome of the decision on the Order and to adequately respond to the allegations of the Complaint in light of any such developments. Accordingly, the Defendants request a thirty-day extension of time to respond to the Complaint, making responses due on or before August 5, 2021.

5. The undersigned has conferred with opposing counsel, and this motion is unopposed.

Based on the foregoing, the Defendants respectfully submit that there is good cause shown, and the Court should grant the enlargement of time requested.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney for the
Middle District of Tennessee

s/J. Matthew Blackburn
J. MATTHEW BLACKBURN, B.P.R. #027105
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Email: matt.blackburn@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2021, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by First Class, United States mail, to:

| | |
|---|---|
| Benjamin M. Rose<br>RoseFirm, PLLC<br>P O Box 1108<br>Brentwood, TN 37024<br>Email: ben@rosefirm.com | Caleb Kruckenberg<br>New Civil Liberties Alliance<br>1225 19th St. NW<br>Suite 450<br>Washington, DC 20036<br>Email: caleb.kruckenberg@ncla.legal |
| John Vecchione<br>New Civil Liberties Alliance<br>1225 19th St. NW<br>Suite 450<br>Washington, DC 20036<br>Email: jvecchione@valadlaw.com | Karen S. Bloom<br>Kevin Friedl<br>Consumer Financial Protection Bureau<br>1700 G St NW<br>Washington D.C. 20552<br>Karen.bloom@cfpb.gov<br>Kevin.friedl@cfpb.gov |

      s/J. Matthew Blackburn
      J. MATTHEW BLACKBURN
      Assistant United States Attorney

3

Case 3:21-cv-00359   Document 36   Filed 06/15/21   Page 3 of 3 PageID #: 201