UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE PROPERTY MANAGEMENT CONNECTION, LLC, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>THE CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>　　Defendants. | Case No. 3:21-cv-00359<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

Defendants have filed an unopposed motion to extend their deadline to respond to Plaintiffs' pleadings and to cancel the initial case management conference set on July 15, 2021 (Doc. No. 39). The motion is GRANTED IN PART. Defendants may respond to Plaintiffs' pleading on or before September 7, 2021.

The initial case management conference set on July 15, 2021, is CANCELLED. The Court will not exclude this matter from the requirement of an initial case management conference and entry of a case management order. The initial case management conference is therefore RESET on September 28, 2021 at 10:00 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge