IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE PROPERTY MANAGEMENT CONNECTION, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No.: 3:21-cv-00359 ) JUDGE RICHARDSON |
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., | ) MAGISTRATE JUDGE NEWBERN ) ) |
| Defendants. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants submit this Notice to inform the Court of a recent development that is potentially relevant to this Court's adjudication of Defendants' motion to enlarge time to respond to the Amended Complaint. Specifically, Defendants' motion noted that a matter then-pending before the Supreme Court could render inoperative an Order of the Centers for Disease Control and Prevention (CDC) that is relevant to this litigation. (*See* D.E. 43, ¶¶ 5-6.) In a recent order, the Supreme Court adjudicated that matter and vacated the CDC Order.

As this Court is aware, this case concerns the Consumer Financial Protection Bureau's Interim Final Rule, which requires certain debt collectors to disclose that tenants may be protected by an Order of the CDC. The CDC's Order expired on July 31, 2021. On August 3, 2021, the CDC issued a new order adopting a moratorium on evictions, with modifications. *See* Temporary Halt in Residential Evictions to Prevent the Further Spread of COVID-19, 86 Fed. Reg. 43,244 (Aug. 6, 2021) (August Order). The August Order is set to expire on October 3, 2021, "subject to further extension, modification, or rescission based on public health circumstances." *Id.* at 43,247. In a case involving a challenge to the CDC's authority to place a moratorium on evictions,

petitioners asked the Supreme Court to vacate a lower-court stay of a judgment holding invalid the CDC's eviction moratorium. On August 26, the Court granted that request, and vacated the August Order. *Alabama Ass'n of Realtors*, --- S. Ct. ---, No. 21A23, 2021 WL 3783142 (S. Ct. Aug. 26, 2021) (vacating the August Order nationwide pending appeal).

As this Court has recognized, the Bureau's Rule compels nothing at all in jurisdictions where the CDC Order does not apply. (*See* D.E. 23: TRO Op. at 9.) Now that the CDC Order is not in effect nationwide, Plaintiffs will in no way be prejudiced if the Court grants Defendants' request for additional time to respond to the Amended Complaint. Moreover, as explained in Defendants' motion, granting Defendants' request would streamline this case. Extending the time to respond to the Amended Complaint until October 18, 2021, two weeks after the August Order is set to expire on October 3, 2021, will allow Defendants to incorporate subsequent developments with respect to the August Order in their responses to the Amended Complaint and avoid the need to burden the Court with piecemeal briefing on these developments.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney for the
Middle District of Tennessee

s/J. Matthew Blackburn
J. MATTHEW BLACKBURN, BPR#027105
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Email: matt.blackburn@usdoj.gov

*Counsel for the United States of America*

STEPHEN VAN METER
  *Acting General Counsel*
STEVEN Y. BRESSLER
  *Acting Deputy General Counsel*
LAURA M. HUSSAIN
  *Assistant General Counsel*

 s/   Karen S. Bloom
KAREN S. BLOOM*
KEVIN E. FRIEDL*
*Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street, NW
Legal Division
Washington, D.C. 20552
Telephone: (202) 435-7012
Fax: (202) 435-7024
Karen.Bloom@cfpb.gov

*Counsel for Defendants Consumer Financial Protection Bureau and Acting Director David Uejio*

\*   Admitted *Pro Hac Vice*

# CERTIFICATE OF SERVICE

    I hereby certify that on September 2, 2021, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, notice was sent by First Class, United States mail, to:

Benjamin M. Rose
RoseFirm, PLLC
P O Box 1108
Brentwood, TN 37024
Email: ben@rosefirm.com

Caleb Kruckenberg
New Civil Liberties Alliance
1225 19th St. NW
Suite 450
Washington, DC 20036
Email: caleb.kruckenberg@ncla.legal

John Vecchione
New Civil Liberties Alliance
1225 19th St. NW
Suite 450
Washington, DC 20036
Email: jvecchione@valadlaw.com

Karen S. Bloom
Kevin Friedl
Consumer Financial Protection Bureau
1700 G St NW
Washington D.C. 20552
Email: Karen.bloom@cfpb.gov
Email: Kevin.friedl@cfpb.gov

s/ J. Matthew Blackburn
J. MATTHEW BLACKBURN
Assistant United States Attorney