UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE PROPERTY MANAGEMENT CONNECTION, LLC, et al., <br><br>Plaintiffs,<br><br>v.<br><br>THE CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>Defendants. | Case No. 3:21-cv-00359 <br><br>Judge Eli J. Richardson <br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

Defendant Consumer Financial Protection Bureau has moved for an extension of time from September 7, 2021, to October 18, 2021, to respond to the amended complaint, citing recent developments in relevant case law and anticipated developments regarding the orders that are the subject of this case. (Doc. Nos. 43, 44.) Defendant states that Plaintiffs oppose the motion. Plaintiffs' response in opposition to Defendant's motion is not due to be filed until September 9, 2021.

Accordingly, the Court STAYS Defendant's response deadline pending resolution of Defendant's motion. A new response deadline will be set by that order.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge